# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **PANSY HOLLADAY ET AL** | **CASE NO. 3:23-CV-00212** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOWES HOME CENTERS L L C ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 16], filed by Defendant, Lowe's Home Centers LLC, is **GRANTED**. All claims of Plaintiffs, Pansy Holladay and John Holladay, against Defendant are **DISMISSED WITH PREJUDICE**.

**Monroe, Louisiana,** this 28th day of September 2023.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**